No. 00–219. CONCHO RESIDENTIAL SERVICE, INC. *v.* MHMR SERVICES FOR THE CONCHO VALLEY, AKA CONCHO VALLEY CENTER FOR HUMAN ADVANCEMENT, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 00–226. BONDS *v.* MILWAUKEE COUNTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–252. EXXON MOBIL CORP. *v.* KELLOGG CO. C. A. 6th Cir. Certiorari denied.

No. 00–254. SUNDQUIST, GOVERNOR OF TENNESSEE, ET AL. *v.* RURAL WEST TENNESSEE AFRICAN-AMERICAN AFFAIRS COUNCIL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–255. TUAN VAN TRAN *v.* LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–264. LEVINE *v.* HAUPPAUGE PUBLIC SCHOOLS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–267. ASHLEY *v.* BLUE CROSS AND BLUE SHIELD OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 00–269. THRIFT *v.* THRIFT ET AL. Sup. Ct. Miss. Certiorari denied.

No. 00–273. MACDONALD ET AL. *v.* PLEMPEL ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–275. LARA ET AL. *v.* CINEMARK USA, INC. C. A. 5th Cir. Certiorari denied.

No. 00–280. ALIKHANI ET AL. *v.* UNITED TECHNOLOGIES CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–308. VINSON *v.* MISSISSIPPI REAL ESTATE APPRAISAL LICENSING BOARD. Sup. Ct. Miss. Certiorari denied.

No. 00–324. AZIZ *v.* RAMBO, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.